**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES RADFORD, on behalf of himself and all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-3381 |
| PEVATOR COMPANIES, LTD., | § § | |
| Defendant. | § § | |

# ORDER

In this Fair Labor Standards Act collective action, James Radford alleges that he and other service managers were denied overtime pay when they worked more than 40 hours in a workweek. (Docket Entry No. 1). The court ordered production of two plaintiffs' cell phone records, (Docket Entry No. 51 at 4), and allowed Pevator to take oral depositions of two representative plaintiffs from each of five regions, including Austin, Corpus Christi, Houston, Missouri City, and San Antonio, (Docket Entry No. 57). In August 2018, Pevator asked for production of all 10 representative plaintiffs' cell phone records. The plaintiffs objected.

The court defers ruling on the parties' discovery dispute pending the oral depositions. Pevator must provide the court with a summary of the discovery results to move for additional discovery.

SIGNED on October 25, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge